# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### Proceeding Memorandum/Order

In Re: Deborah L Wenners

Case Number: 05-48172 ( JBR )

Chapter: 7

**MOVANT/APPLICANT/PARTIES**

#35 Amended #17 Objection of the Chapter 7 Trustee, David M. Nickless, to the Debtor's Claim of Exemptions and #28 Opposition of Debtor
James L. O'Connor for the Chapter 7 Trustee
Robert Sugar for Debtor

**COURT ACTION:**

| Show Cause Order | _____Released | _____Enforced |
|---|---|---|
| _____Granted | _____Approved | _____Moot |
| _____Denied | _____Denied without Prejudice | |

_____Withdrawn in Open Court
**#35 Sustained** _____Overruled
_____Continued to: _____
_____Proposed Order to be Submitted by: _____
_____Stipulation to be Submitted by: _____
_____Taken Under Advisement

**DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:**

The Court adopts the analysis of Judge Hillman in *In Re Kelly*, ___ B.R. ___, 2005 WL 3293309 (Bankr. D. Mass.) 2005 and follows said case.

SO ORDERED:

_____ Dated: 1/12/06
Joel B. Rosenthal